```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  916-554-2763
```

FILED

JUN - 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 02:09-MJ-181-KJM |
| Plaintiff, ) | MOTION AND ORDER DISMISSING COMPLAINT |
| v. ) | |
| ADOLFO MENDOZA CUEVAS, ) | |
| Defendant. ) | |

The United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss without prejudice the above-captioned Complaint, filed June 5, 2009, against defendant ADOLFO MENDOZA CUEVAS.

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 5, 2009                LAWRENCE G. BROWN
                                   Acting United States Attorney


                                   By  /s Mary L. Grad
                                      MARY L. GRAD
                                      Assistant U.S. Attorney

1

## O R D E R

It is ordered that the above-captioned Complaint be and is hereby dismissed without prejudice against ADOLFO MENDOZA CUEVAS.

DATED: 6/5/09

KIMBERLY J. MUELLER
United States District Judge